Commonwealth ex rel. English, Appellant, *v.* Russell.

Submitted April 10, 1967. *Ralph Andrea English,* appellant, in propria persona; *William J. Franks,* Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Ewing, Appellant, *v.* Maroney.

Argued April 10, 1967. *Michael Hahalyak,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. French, Appellant, *v.* Botula.

Submitted April 10, 1967. *Ronald E. French,* appellant, in propria persona; *Harry W. Gent, Jr.,* District Attorney, for appellee.

Order affirmed.